1    Frank Woodson
     Navan Ward
2    **BEASLEY, ALLEN, CROW, METHVIN,**
     **PORTIS & MILES, P.C.**
3    218 Commerce Street
     P.O. Box 4160
4    Montgomery, Alabama 36103
     Telephone:  334-269-2343
5    Facsimile:  334-954-7555
     Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   IN RE: BEXTRA AND CELEBREX<br>     MARKETING SALES PRACTICES AND<br>13   PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| 14   This Document Relates To: | |
| 15   *James Alan Bell vs. G.D. Searle LLC, et al.*<br>     (05-4450 CRB)<br>16 | **AMENDED STIPULATION AND**<br>**ORDER OF DISMISSAL WITH**<br>**PREJUDICE** |
| 17   *James Rogers Fanning vs. G.D. Searle LLC, et al.*<br>     (05-4453 CRB)<br>18 | |
| 19   *John J. Driscoll vs. Pfizer Inc, et al.*<br>     (05-4584 CRB) | |
| 20   *Barbara Clem vs. G.D. Searle LLC, et al.*<br>     (05-4736 CRB)<br>21 | |
| 22   *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*<br>     (05-5360 CRB) | |
| 23   *Johnny Edwards vs. Pfizer Inc, et al.*<br>     (06-1914 CRB)<br>24 | |
| 25   *William Crowley vs. Pfizer Inc*<br>     (06-2668 CRB) | |
| 26   *Connie B. Anderson vs. Pfizer Inc, et al.*<br>     (06-2784 CRB)<br>27 | |
| 28   *Tracy Baral vs. Pfizer Inc, et al.*<br>     (06-2912 CRB) | |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2 | *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3 | *Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

4

5 | *Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6 | *Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

7

8 | *James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9 | *Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

10

11 | *Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12 | *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

13

14 | *David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15 | *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

16

17 | *Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18 | *Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

19

20 | *Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21 | *Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

22

23 | *Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24 | *Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

25

26 | *Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27 | *Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)
2
3  *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)
4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)
5
6  *Christene Canada vs. Pfizer Inc, et al.*
   (06-7771 CRB)
7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)
8
9  *Dannie Graham vs. Pfizer Inc, et al.*
   (06-7774 CRB)
10 *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
   (06-7775 CRB)
11
12 *Michael Fisher vs. Pfizer Inc, et al.*
   (07-0761 CRB)
13 *George S. Chiotakis vs. Pfizer Inc, et al.*
   (07-0860 CRB)
14
15 *Ricky Estep vs. Pfizer Inc, et al.*
   (07-0971 CRB)
16 *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
   (07-1124 CRB)
17
18 *Shirley Darling, et al. vs. Pfizer Inc, et al.*
   (07-1356 CRB)
19 *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
   (07-1371 CRB)
20
21 *Richard L. Bowden vs. Pfizer Inc, et al.*
   (07-1375 CRB)
22 *Betty Grulke vs. Pfizer Inc, et al.*
   (07-1768 CRB)
23
24 *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
   (07-1874 CRB)
25 *Phyllis Buonopane vs. Pfizer Inc, et al.*
   (07-2026 CRB)
26
27 *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
   (07-3034 CRB)
28 *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42595197.1

1  (07-3643 CRB)

2  *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
   (07-3646 CRB)

3

4  *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
   (07-3955 CRB)

5  *Helen Alexander, et al. vs. Pfizer Inc, et al.*
   (07-4382 CRB)

6

7  *James Dauphinais, et al. vs. Pfizer Inc, et al.*
   (07-4983 CRB)

8  *James Darty vs. G.D. Searle LLC, et al.*
   (07-5399 CRB)

9

10 *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
   (07-5590 CRB)

11 *Morris Adams, et al. vs. Pfizer Inc, et al.*
   (07-5591 CRB)

12

13 *Peter Fos vs. Pfizer Inc, et al.*
   (07-5685 CRB)

14 *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
   (07-5703 CRB)

15

16 *Vivian Cobb vs. Pfizer Inc, et al.*
   (08-0257 CRB)

17 *Roberta Bowman vs. Pfizer Inc, et al.*
   (08-0303 CRB)

18

19 *Harriet Bratcher vs. Pfizer Inc, et al.*
   (08-0795 CRB)

20 *Olive Beebe, et al. vs. Pfizer Inc, et al.*
   (08-0977 CRB)

21

22 *Ramond Beaver vs. Pfizer Inc, et al.*
   (08-1015 CRB)

23 *Robert Colman vs. Pfizer Inc, et al.*
   (08-1016 CRB)

24

25 *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
   (08-1224 CRB)

26 *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
   (08-1351 CRB)

27

28 *Tim Gray vs. Pfizer Inc, et al.*
   (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1
2   *Owen L. May, et al. vs. Pfizer Inc, et al.*
    (08-1590 CRB)

3   *Ronald Carr, et al. vs. Pfizer Inc, et al.*
    (08-1591 CRB)
4
    *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5   (08-1746 CRB)

6   *Earnest Colvin vs. Pfizer Inc, et al.*
    (08-2470 CRB)
7
    *Velma Burt vs. Pfizer Inc, et al.*
8   (08-2471 CRB)

9   *Sarah Benton vs. Pfizer Inc, et al.*
    (08-2605 CRB)
10
    *Lawanda Bell vs. Pfizer Inc, et al.*
11  (08-3708 CRB)

12          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15  each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22      DATED: 10/2/2009      By:  Navan Ware F.

23
                            **BEASLEY, ALLEN, CROW, METHVIN,**
24                          **PORTIS & MILES, P.C.**
                            218 Commerce Street
25                          P.O. Box 4160
                            Montgomery, Alabama 36103
26                          Telephone:  334-269-2343
                            Facsimile:  334-954-7555
27
                            *Attorneys for Plaintiffs*
28

                            -5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1    DATED: Oct. 29, 2009    By: _____

2

3                              **DLA PIPER LLP (US)**
                               1251 Avenue of the Americas
4                              New York, New York 10020
                               Telephone: 212-335-4500
5                              Facsimile: 212-335-4501

6                              *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009       _____

12                             Hon. Charles R. Breyer
                               United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

PFZR/1035934/1132569v.1

EAST\42595197.1